UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR220 049 |
| | ) | |
| v. | ) | 18 U.S.C. § 1591(a) |
| | ) | Sex Trafficking by |
| JAVIER SANCHEZ MENDOZA, JR. | ) | Force, Fraud, and Coercion |
| | ) | |
| | ) | Forfeiture Allegation |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Sex Trafficking by Force, Fraud, and Coercion*
18 U.S.C. § 1591(a)

Beginning at a time unknown to the Grand Jury, but at least from on or about August 14, 2018 and continuing through on or about November 4, 2019, the precise dates being unknown, in Glynn County, Wayne County, and Pierce County, within the Southern District of Georgia, and elsewhere, the defendant, **JAVIER SANCHEZ MENDOZA, JR.**, aided and abetted by other individuals known and unknown to the Grand Jury, did knowingly and intentionally recruit, entice, harbor, transport, provide and obtain by any means a person, to wit, Jane Doe #1, an individual known to the Grand Jury, in and affecting interstate and foreign commerce, and did benefit financially and by receiving a thing of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that force, fraud and coercion would be used to cause such person to engage in a commercial sex act.

All done in violation of Title 18, United States Code, Sections 2, 1591(a)(1), 1591(a)(2), and 1591(b)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1594(b)(2) and 2428, as incorporated by Title 28, United States Code, Section 2461.

Upon conviction of Count One of this Indictment, the named Defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1594(b)(2) and 2428, as incorporated by Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses. If any property subject to forfeiture as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1594(b)(2) and 2428, as incorporated by Title 28, United States Code, Section 2461.

A True Bill.

_____
David Estes
First Assistant United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
E. Greg Gilluly
Assistant United States Attorney
Deputy Chief, Criminal Division
*Co-lead Counsel

_____
J. Thomas Clarkson
Assistant United States Attorney
Deputy Chief, Civil Division
*Co-lead Counsel