UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

INDICTMENT NO. CR220 049

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) 18 U.S.C. § 1591(a)<br>) Sex Trafficking by |
| JAVIER SANCHEZ MENDOZA, JR. | ) Force, Fraud, and Coercion<br>)<br>) Forfeiture Allegation |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1: **Sex Trafficking by Force, Fraud, and Coercion**
18 U.S.C. § 1591(a) and 1591(b)(1)

Imprisonment for not less than 15 years and up to life;
A fine of not more than $250,000;
A term of supervised release of not less than 5 years to life;
A $100 special assessment;
A second special assessment of $5000; and
Restitution in an amount to be determined by the Court.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Tania D. Groover
Assistant United States Attorney
Georgia Bar Number 127947