CUSTODY, INTERPRETER

# U.S. District Court
# Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:20-mj-02169-JSS All Defendants

Case title: USA v. Mendoza, Jr.

Other court case number: 2:20-CR-049 Southern District of Georgia

Date Filed: 11/18/2020

---

Assigned to: Magistrate Judge Julie S. Sneed

### Defendant (1)

**Javier Sanchez Mendoza, Jr.**
*Spanish Interpreter Required*

represented by **Percy King**
Federal Public Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Email: Percy_King@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

**Disposition**

### Highest Offense Level (Opening)

None

### Terminated Counts

None

**Disposition**

### Highest Offense Level (Terminated)

None

### Complaints

18:1591.F SEX TRAFFICKING OF CHILDREN OR BY FORCE, FRAUD OR COERCION

**Disposition**

---

### Plaintiff

**USA**

represented by **Daniel Michael Baeza**
US Attorney's Office - FLM

Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6122
Email: daniel.baeza@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2020 | 1 | Arrest pursuant to Rule 5(c)(2) of Javier Sanchez Mendoza, Jr. from the Southern District of Georgia. (CDT) (Entered: 11/19/2020) |
| 11/19/2020 | 3 | MOTION to Dismiss *FOR DISMISSAL OF INDICTMENT* by Javier Sanchez Mendoza, Jr.. (King, Percy) (Entered: 11/19/2020) |
| 11/19/2020 | 4 | ORAL MOTION to Appoint Spanish Interpreter by Javier Sanchez Mendoza, Jr.. (CDT) (Entered: 11/19/2020) |
| 11/19/2020 | 5 | ORAL MOTION to Appoint Counsel by Javier Sanchez Mendoza, Jr.. (CDT) (Entered: 11/19/2020) |
| 11/19/2020 | 6 | Minute Entry for proceedings held before Magistrate Judge Julie S. Sneed: ORAL ORDER granting 4 ORAL MOTION to Appoint Interpreter as to Javier Sanchez Mendoza, Jr. (1); ORAL ORDER granting 5 ORAL MOTION to Appoint Counsel as to Javier Sanchez Mendoza, Jr. (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 11/19/2020 as to Javier Sanchez Mendoza, Jr. from the Southern District of Georgia.. (DIGITAL) (Interpreter/Language: Jessie Leonor (Spanish)) (CDT) (Entered: 11/19/2020) |
| 11/19/2020 | 7 | NOTICE OF HEARING as to Javier Sanchez Mendoza, Jr.: Bond Hearing/Detention Hearing set for 11/20/2020 at 03:30 PM in Tampa Courtroom 11 A before Magistrate Judge Julie S. Sneed. (CDT) (Entered: 11/19/2020) |
| 11/19/2020 | 8 | ***CJA 23 Financial Affidavit by Javier Sanchez Mendoza, Jr.. (CDT) (Entered: 11/19/2020) |
| 11/19/2020 | 9 | **ORDER CONCERNING DUE PROCESS PROTECTIONS as to Javier Sanchez Mendoza, Jr.. Signed by Magistrate Judge Julie S. Sneed on 11/19/2020. (CDT) (Entered: 11/20/2020)** |
| 11/20/2020 | 11 | ORAL MOTION for Detention by USA as to Javier Sanchez Mendoza, Jr.. (CDT) (Entered: 11/20/2020) |
| 11/20/2020 | 12 | ORAL MOTION for Detention by USA as to Javier Sanchez Mendoza, Jr.. (CDT)-ENTERED IN ERROR Modified on 11/23/2020 (CDT). (Entered: 11/23/2020) |
| 11/20/2020 | 13 | Minute Entry for proceedings held before Magistrate Judge Julie S. Sneed: ORAL ORDER granting 11 ORAL MOTION for Detention as to Javier Sanchez Mendoza, Jr. (1); Detention Hearing as to Javier Sanchez Mendoza, Jr. held on 11/20/2020; Bond Hearing as to Javier Sanchez Mendoza, Jr. held on 11/20/2020. (DIGITAL) (Interpreter/Language: James Plunket (Spanish)) (CDT) (Entered: 11/23/2020) |
| 11/20/2020 | 14 | **ORDER OF DETENTION PENDING TRIAL as to Javier Sanchez Mendoza, Jr. Signed by Magistrate Judge Julie S. Sneed on 11/20/2020. (CDT) (Entered: 11/23/2020)** |
| 11/20/2020 | 15 | **COMMITMENT TO ANOTHER DISTRICT as to Javier Sanchez Mendoza, Jr..** |

| | | |
|---|---|---|
| | | **Defendant committed to the Souhern District of Georgia. Signed by Magistrate Judge Julie S. Sneed on 11/20/2020. (CDT)** (Entered: 11/23/2020) |
| 11/23/2020 | | NOTICE to Southern District of Georgia of a Rule 5 or Rule 32 Initial Appearance as to Javier Sanchez Mendoza, Jr. regarding your case number: 2:20-cr-049. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CDT) (Entered: 11/23/2020) |

<table>
<tr><th colspan="4">PACER Service Center</th></tr>
<tr><th colspan="4">Transaction Receipt</th></tr>
<tr><td colspan="4">11/23/2020 15:26:49</td></tr>
<tr><td>PACER Login:</td><td>Crallen2:5122974:0</td><td>Client Code:</td><td></td></tr>
<tr><td>Description:</td><td>Docket Report</td><td>Search Criteria:</td><td>8:20-mj-02169-JSS</td></tr>
<tr><td>Billable Pages:</td><td>2</td><td>Cost:</td><td>0.20</td></tr>
<tr><td>Exempt flag:</td><td>Exempt</td><td>Exempt reason:</td><td>Always</td></tr>
</table>

**PACER fee: Exempt**

Case 2:20-cr-00040-LGW-BWC   Document 13   Filed 11/23/20   Page 4 of 10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Javier Sanchez Mendoza, Jr.
8:20-mj-2169-T-JSS

| | |
|---|---|
| **Date:** November 19, 2020 | **Court Reporter: Digital** |
| | **Interpreter:** Jessie Leonor (Spanish) |
| **Time:** 2:38 PM–3:00 PM \| Total: 22 mins. | **Deputy Clerk:** Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Dan Baeza, AUSA | Percy King, AFPD |

**Initial Appearance-Rule 5 /Identity Hearing**

Interpreter sworn.

Defendant present and provided a copy of the Indictment.

Arrest Date: 11/18/2020

Court summarizes the charges and advises Defendant of Rule 5 rights.

ICE Detainer placed on Defendant.

Proceedings conducted pursuant to Rule 5(c)

Oral Motion to appoint Spanish Interpreter by defendant

Oral Motion to appoint counsel by defendant

Financial Affidavit submitted. Court finds that the Defendant qualifies for the appointment of Counsel. AFPD appointed for all further proceedings.

Spanish Interpreter appointed at Defendant's request

Identity hearing held.

Agent Michael Saclarides, sworn and testified.

Defense cross examines witness

Court continues Identity hearing to 11-20-2020 at 3:30pm

Court continues bond/detention hearing to 11-20-2020 at 3:30pm

Oral motion by Government to Strike Motion to dismiss

Court to take issue under advisement

Preliminary hearing waived.

Court orders Defendant detained.

Defendant remanded to the custody of USMS.

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,

v

Case Number: 8:20-mj-2169-T-JSS

JAVIER SANCHEZ MENDOZA,
JR.,
     Defendant.

## ORDER CONCERNING DUE PROCESS PROTECTIONS

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

ORDERED in Tampa, Florida this 19th day of November, 2020.


JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Javier Sanchez Mendoza, Jr.
8:20-mj-2169-T-JSS

| **Date**: November 20, 2020 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: James Plunkett (Spanish) |
| **Time**: 3:42 PM–3:52 PM \| Total: 10 mins. | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Dan Baeza, AUSA | Percy King, AFPD |

| **Detention Hearing/Bond Hearing** |
|---|
| Interpreter sworn. |
| Defendant waives further Identity hearing. |
| Government seeks detention |
| Defendant reserves on the issue of bond |
| Defendant agrees to removal |
| Court hears argument on Defendant's Motion to Dismiss Indictment (Dkt. 3) |
| Court orders that Defendant's Motion for Indictment will travel to the Southern District of Georgia with Defendant. |
| Court orders Defendant detained. |
| Defendant remanded to the custody of USMS. |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.: 8:20-mj-2169-T-JSS

JAVIER SANCHEZ MENDOZA, JR.
_____/

## ORDER OF DETENTION PENDING TRIAL

The Government seeks detention of Defendant. In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing has been offered but waived. This Court concludes that the following facts require the detention of Defendant, Javier Sanchez Mendoza, Jr., pending further order of the court.

Defendant is charged in an Indictment with sex trafficking by force, fraud, and coercion in violation of 18 U.S.C. §1591(a). At present, Defendant does not challenge the Government's request for detention but seeks only the opportunity to revisit the matter in the future should circumstances warrant. Given that there are no circumstances available to the Court that would allow for Defendant's release and assure his future appearance in court, it is hereby **ORDERED** that Defendant be **DETAINED**. Leave is granted for Defendant to revisit the Court's Order of Detention should circumstances warrant such reconsideration.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

Case 3:20-cr-00049-LGW-BWC Document 13-1 Filed 11/23/20 Page 9 of 10

pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on November 20, 2020.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service

2

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    20-mj-2169-T-JSS |
| | ) | |
| JAVIER SANCHEZ MENDOZA, JR. | ) | Charging District's |
| *Defendant* | ) | Case No.    2:20-CR-049 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Southern____ District of ____Georgia____ ,

*(if applicable)* __Brunswick_____ division.  The defendant may need an interpreter for this language:

__Spanish_____ .

The defendant:  ☐ will retain an attorney.

                ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.


JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Date: ____11/20/2020_____

                                             *Judge's signature*