# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:20-CR-49 |
| | ) | |
| JAVIER SANCHEZ MENDOZA, JR. | ) | |

## UNITED STATES' CERTIFICATE OF DISCLOSURE

The United States notifies the Court that the items listed in Exhibit A have been made available to defense counsel in discovery. To allow the Court and counsel to review the items listed in Exhibit A in its entirety without required privacy redactions, the United States will move to file Exhibit A under seal.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Tania D. Groover*

Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: tania.groover@usdoj.gov

1