**CRIMINAL MINUTES**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | | | | |
|---|---|---|---|---|---|
| **CASE NO.** | 2:20-cr-49 | **DATE** | 3/31/2021 | **TIME** | 10:36-11:08 |

| | | | | |
|---|---|---|---|---|
| **USA v.** | Javier Sanchez Mendoza, Jr. | **TAPE NO.** | FTR-BWK-CR2 | JUDGE WOOD |

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**     **INTERPRETER:** Michelle Gonzales

| | | |
|---|---|---|
| X | **DEFENDANT** | |
| X | **COUNSEL FOR DEFENDANT** | Steven Blackerby, appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Greg Gilluly |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | Jay Ciambrone     Marty Fitzgurls     X  Jason Parnell |

|     | **INITIAL APPEARANCE** | X | **ARRAIGNMENT** |
|---|---|---|---|

X  DEFENDANT          ARRESTED ON            CUSTODY OF USM ON       3-31-2021

X  COPY OF      X  INDICTMENT          INFORMATION GIVEN TO DEFENDANT

X  DEFENDANT ADVISED OF RIGHTS

X  DEFENDANT WAIVES FORMAL READING OF THE INDICTMENT

X  PRETRIAL SERVICES REPORT FURNISHED TO COUNSEL AND COURT

X  CONSULAR NOTIFICATION RIGHTS EXPLAINED

___ PREPARE ORDER OF TEMPORARY DETENTION

X  REQUEST BY AUSA THAT THE DEFENDANT BE DETAINED AT THIS TIME.

INTERPRETER MICHELLE GONZALES SWORN.

DEFENDANT STATES THAT HE IS DIABETIC AND THAT HE HASN'T BEEN PROVIDED INSULIN OR MEDICATION THAT HE IS SUPPOSED TO TAKE.  COURT FINDS DEFENDANT COMPETENT TO PARTICIPATE IN HEARING TODAY.

NEW COUNSEL APPOINTED FOR DEFENDANT JAVIER SANCHEZ MENDOZA. MOTION TO CONTINUE HEARING FILED BY PRIOR COUNSEL, DAVENIYA FISHER, ON 3/31/2021, DOC. 26 IS DENIED AS MOOT.

DEFENDANT PREVIOUSLY APPEARED IN THE MIDDLE DISTRICT OF FLORIDA BEFORE JUDGE JULIE SNEED. RULE 5 DOCUMENTS RECEIVED. DEFENDANT ORDERED DETAINED BY JUDGE JULIE SNEED.

COURT GOES OVER DEFENDANT'S FINANCIAL STATUS. CJA AFFIDAVIT PROVIDED.  STEVEN BLACKERBY APPOINTED AS COUNSEL FOR DEFENDANT JAVIER SANCHEZ MENDOZA. GOVERNMENT MAKE SEEK REIMBURSEMENT FOR COST IF IT IS DETERMINED THAT DEFENDANT DOESN'T QUALIFY FOR APPOINTED COUNSEL AT LATER TIME. GOVERNMENT MAY FILE WRITTEN MOTION.

DEFENDANT PLED NOT GUILTY.

GOVERNMENT HAS DISCOVERY READY ON USAFX.  GOVERNMENT GIVES SCOPE AND STATUS OF DISCOVERY IN THIS CASE.  DEFENSE REQUESTS 45 DAYS TO FILE PRETRIAL MOTIONS.  NO OBJECTION FROM GOVERNMENT. PRETRIAL MOTIONS DUE 45 DAYS FROM TODAY WITH 30 DAY RESPONSE DEADLINE.  THE TIME FOR FILING PRETRIAL MOTIONS IS EXCLUDED FROM SPEEDY TRIAL CALCULATIONS. COURT ADVISED PARTIES OF GOVERNMENT'S DISCLOSURE OBLIGATIONS UNDER FRCrP 5(f)(1) and *Brady v. Maryland*.  SCHEDULING ORDER TO FOLLOW.

DETENTION ADDRESSED.  GOVERNMENT SEEKS DETENTION.  DEFENDANT HAS ICE HOLD. DEFENDANT WAIVES RIGHT TO BOND HEARING AT THIS TIME. DEFENDANT REMANDED TO CUSTODY OF USMS PENDING TRIAL. DETENTION ORDER TO FOLLOW.