UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:20-CR-49 |
| | ) | |
| JAVIER SANCHEZ MENDOZA, JR. | ) | |

**UNITED STATES' MOTION TO SEAL**

The United States requests that the Court place under seal Exhibit A to its Certificate of Disclosure Doc. 28. The information and items set forth in the exhibit contain information subject to protection and redaction in Federal Rule of Criminal Procedure Rule 49.1. To allow the Court and counsel to read the entire exhibit without redactions, the United States requests that the Court place under seal Exhibit A to Doc. Number 28.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Tania D. Groover*

Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: tania.groover@usdoj.gov

1